MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0188 SBA |
|     Plaintiff, ) ) ) | |
|   v. ) | **UNOPPOSED MOTION AND ORDER TO REVISE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| DAVID BUSBY, ) ) | |
|     Defendant. ) ) ) | |

     The United States respectfully submits the following unopposed motion to revise the briefing schedule on the defendant's motion to suppress evidence.

     1.     The parties last appeared before this Court for a status hearing on June 14, 2011. At that hearing, the Court set a briefing schedule on the defendant's motion to suppress evidence. The defendant's motion was to be filed on July 5, the government's opposition on July 26, and the defendant's reply on August 2. The defendant timely filed his motion on July 5.

     2.     The AUSA assigned to this case was transferred to San Francisco on July 6, and the case was reassigned to the undersigned AUSA. A notice of appearance reflecting this reassignment was filed on July 18. In order to allow the newly assigned AUSA sufficient time to

UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE
CR 11-0188 SBA

1 | review the case file and prepare the government's brief in opposition to the defendant's motion,
2 | the government requests that the briefing schedule be revised as follows:
3 |             a.      The Government Opposition Brief shall be due on August 2
4 |             b.      The Defendant's Reply Brief shall be due on August 9.
5 |     3.      The defense has no objection to the revised schedule.
6 |
7 | DATED: July 21, 2011                    Respectfully submitted,
8 |                                         MELINDA HAAG
  |                                         United States Attorney
9 |
10 |
11 |                                        _____/s/_____
   |                                        BRIAN C. LEWIS
12 |                                        Assistant United States Attorney
13 |
14 |     IT IS SO ORDERED.
15 |
16 |
17 | DATED: 7/25/11                         *Saundra B Armstrong*
   |                                        SAUNDRA B. ARMSTRONG
18 |                                        United States District Judge

UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE
CR 11-0188 SBA                              2