# EXHIBIT 2

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340-S
       Oakland, California 94612
6      Telephone: (510) 637-3680
       Facsimile: (510) 637-3724
7      E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 11-0188 SBA
14                                     )
           Plaintiff,                  )
15                                     )   DECLARATION OF JAMES
                                       )   WELCHER IN SUPPORT OF THE
       v.                              )   UNITED STATES' OPPOSITION TO
16                                     )   DEFENDANT'S MOTION TO
   DAVID BUSBY,                        )   SUPPRESS
17                                     )
           Defendant.                  )   Date:  September 13, 2011
18  _____)   Time:  11:00 a.m.

19         I, James Welcher, declare as follows:

20         1.     I am employed by the Lawrence Berkeley National Laboratory (LBL) and have

21  been so employed for __5__ years. I currently work in the Cyber Security group for the Information

22  Technology Division at LBL. My responsibilities involve providing computer network security

23  at LBL and include helping to develop, maintain, and implement policies to keep LBL's network

24  secure.

25         2.     All employees at LBL are required (and were required in April 2010) to take a

26  yearly cyber security refresher course. The course requires users to acknowledge that they

27  understand LBL's network policies, including that all use of LBL computing and

28  communications resources by all users is subject to monitoring and that no user of LBL systems

WELCHER DECLARATION
No. CR 11-0188 SBA

1  has any expectation of privacy in their use of these systems.

2      3.    As additional notice to users, standard network security policy banners are
3  displayed on LBL computers. These banners advise users that their use of LBL's computers and
4  network is subject to monitoring, and these banners were required to be displayed in April 2010.

5          a.    The standard banner displayed on all computers running a Windows based
6          or UNIX based operating system is as follows:

7      ************ NOTICE TO USERS ************

8      Lawrence Berkeley National Laboratory operates this computer
9      system under a contract with the U.S. Department of Energy. It is the
10     property of the United States Government and is for authorized use
11     only. The use of this system may be monitored for computer security
12     purposes. Any unauthorized access to this system is prohibited and is
13     subject to criminal and civil penalties under Federal Laws including
14     but not limited to Public Laws 83-703 and 99-474. Each time you use
15     this system (from here, from home, or on your personal laptop
16     connected to an LBNL system), you consent to such interception,
17     auditing, and related activity by authorizing personnel; further, LBNL
18     may detain, access, and copy files from a non-LBNL computer when
19     there is reason to believe misuse has occurred.

20     ************ NOTICE TO USERS ************

21     b.    The standard banner displayed on all computers running a Macintosh
22         based operating system is as follows:

23     This system may be monitored for computer security purposes.
24     Unauthorized access to this system is prohibited. Use of this system
25     implies consent to such interception, auditing, and related activity by
26     LBL personnel.

27     4.    During April 2010, David Busby was employed in the Information Technology
28 Division at LBL and was responsible for maintaining the network security policy banners for

WELCHER DECLARATION
No. CR 11-0188 SBA

certain user groups at LBL and all of the LBL computers in his custody or designated for his use.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed at Berkeley, California on July __31__, 2011.

*James Welcher*
JAMES WELCHER
Lawrence Berkeley National Laboratory

WELCHER DECLARATION
No. CR 11-0188 SBA