UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID BUSBY<br><br>    Defendant. | No. CR-11-0188 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET HEARING DATE FOR JULY 2, 2012 BEFORE MAGISTRATE JUDGE DONNA RYU AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be set for status before Magistrate Judge Donna Ryu on July 2, 2012, and that time be excluded under the Speedy Trial Act between May 29, 2012 and July 2, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The defense is engaged in analysis of the evidence and is performing investigation. In addition, the defense forensic computer expert is engaged in review of data from the computer systems in this case. Defense counsel will be out of the country between June 1 and June 21. Additional time is needed for each of these purposes. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for status before Magistrate Judge Donna Ryu on July 2, 2012 at 9:30 a.m., and that time between May 29, 2012 and July 2, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:_6/4/12

                                           Hon. Saundra Brown Armstrong
                                           United States District Judge

STIP. REQ. TO SET HEARING DATE AND TO EXCLUDE TIME
No. CR-11-0188 SBA