|   |   |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 |   |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | BRIAN C. LEWIS (DCBN 476851)<br>Assistant United States Attorney |
| 5 |   |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 637-3680<br>Facsimile: (510) 637-3724 |
| 8 | E-Mail: brian.lewis@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0188 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO SET STATUS** |
| | ) | **CONFERENCE FOR NOVEMBER 13,** |
| DAVID BUSBY, | ) | **2012 AT 9:30 A.M., AND TO EXCLUDE** |
| | ) | **TIME FROM OCTOBER 19, 2012 TO** |
| Defendant. | ) | **NOVEMBER 13, 2012** |
| | ) | |

The district court vacated the motion hearing date set for October 23, 2012, and ordered that the parties contact the duty magistrate to set this matter for a status conference. For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

1. This matter shall be set for a status conference before the duty magistrate on Tuesday, November 13, 2012 at 9:30 a.m.

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 19, 2012 to November 13, 2012. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective

ORDER SETTING STATUS BEFORE THE MAGISTRATE AND EXCLUDING TIME
CR 11-0188 SBA

preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery and conduct investigation related to the pending charges in this case, including the additional review of electronic evidence being made available to the defense at a government facility.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 19, 2012 to November 13, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

    4. Accordingly, and with the consent of the defendant, the Court orders that the period from October 19, 2012 to November 13, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 19, 2012            /s/
                               NED SMOCK
                               Counsel for David Busby

DATED: October 19, 2012            /s/
                               BRIAN C. LEWIS
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: 10/19/22                  *Kandis Westmore*
                               KANDIS A. WESTMORE
                               United States Magistrate Judge