MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0188 SBA |
|     Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
|     v. ) | **CONTINUE STATUS CONFERENCE** |
| ) | **TO DECEMBER 4, 2012 AND TO** |
| DAVID BUSBY, ) | **EXCLUDE TIME** |
|     Defendant. ) | |
| ) | |

      The parties are scheduled to appear before the duty magistrate for a status conference on November 13, 2012.  Defense counsel will be in trial on that date and will be unable to appear. For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

      1. The status conference before the duty magistrate in this matter set for Tuesday, November 13, 2012 is continued to on Tuesday, December 4, 2012, at 9:30 a.m.

      2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 13, 2012 to December 4, 2012.  Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and deny defense

ORDER CONTINUING STATUS AND EXCLUDING TIME
CR 11-0188 SBA

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery and conduct investigation related to the pending charges in this case, including the additional review of electronic evidence being made available to the defense at a government facility.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 13, 2012 to December 4, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

    4. Accordingly, and with the consent of the defendant, the Court orders that the period from November 13, 2012 to December 4, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 9, 2012            /s/
NED SMOCK
Counsel for David Busby

DATED: November 9, 2012            /s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/9/2012

DONNA M. RYU
United States Magistrate Judge