UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: CR 11-00188 SBA |
|---|---|
| Plaintiff, | **ORDER RE MOTIONS IN LIMINE** |
| vs. | |
| DAVID BUSBY, | |
| Defendant. | |

Before filing any motions in limine in this case, the parties must first meet and confer in a good faith effort to resolve any disputes without judicial intervention. If no agreement is reached, the parties must certify in their respective motions that they have complied with the Court's meet and confer requirement. The parties' motions in limine shall be set forth in a single memorandum, not to exceed fifteen (15) pages in length. Each side shall file a single opposition brief, not exceed fifteen (15) pages, and a reply brief, not to exceed ten (10) pages. Any request to modify these page limits shall be submitted prior to the due date for the motions.

IT IS SO ORDERED.

Dated: May 29, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge