1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for DAVID BUSBY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | No. CR 11-00188 SBA
   |                           | ) |
12 |        Plaintiff,         | ) | **[PROPOSED] ORDER GRANTING**
   |                           | ) | **LEAVE TO FILE REPLY BRIEF THAT**
13 | vs.                       | ) | **EXCEEDS PAGE LIMIT**
   |                           | ) |
14 | DAVID BUSBY,              | ) |
   |                           | ) |
15 |        Defendant.         | ) |
   | _____   | ) |
16

17     For good cause shown, the Court GRANTS defendant's motion for leave to file a reply

18 brief that exceeds the page limit set in this Court's May 29, 2013 Order re Motions in Limine.

19 Defendant is granted leave to file a 13-page reply brief.

20     IT IS SO ORDERED.

21 Date: 6/17/13

22                                         _____
                                           Hon. Saundra Brown Armstrong
23

24

25

26

BUSBY MOTION RE: PAGE LIMIT            1