Conrad K. Wu (CASBN 256706)
885 Bryant Street, Second Floor
San Francisco, California 94103
415-581-0885, ext. 209
415-581-0887, facsimile

Attorney for Real Party in Interest
University of California Police Department

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID BUSBY<br><br>    Defendant,<br>_____<br>UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT,<br>    Real Party in Interest. | No. CR 11-00188 SBA<br><br>**STIPULATION OF COUNSELS FOR REAL PARTY IN INTEREST UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT AND DEFENDANT DAVID BUSBY re: SUBPOENA FOR RECORDS** |

IT IS HEREBY STIPULATED AND AGREED:

The Custodian of Records for Real Party in Interest, University of California Police Department ("UCPD") has custody and control of some of the personnel files of Detectives Sabrina Reich and Nicole Miller.

//

1  Each of the files of Detectives Reich and Miller contains the
2  following categories of information:
3  (1) Background file; (2) Personnel file which contains employee
4  evaluations, memorandums, accommodations, personnel actions such
5  as letters of warning or work file memorandums, and pay
6  rate/increases; and, (3) "Pitchess Motion" file.
7  To the extent any of these file categories contain documents
8  responsive to the subpoena served by Defendant David Busby
9  ("Subpoena"), the Custodian of Records shall compile them for
10 disclosure.
11 Documents and information considered responsive to the
12 Subpoena are outlined in Attachment A of the Subpoena.
13 Documents or information regarding accommodations and pay
14 rate/increases are excepted as irrelevant from this stipulation.
15 If there are documents or information responsive to the
16 Subpoena to be disclosed, Counsel for UCPD shall cause the
17 disclosure of documents to be personally served on counsel for
18 Defendant David Busby at his office located in Oakland,
19 California.
20 Pursuant to this stipulation, UCPD withdraws, without
21 prejudice, its Motion to Quash the Subpoena.
22 Use of the disclosed documents or information shall be
23 strictly governed by the Protective Order to be signed by the
24 Court pursuant to General Order No. 69.
25 //

Said Protective Order is attached hereto as a separate document.

DATED: 6/18/13

_____
Conrad K. Wu, Attorney for
Real Party in Interest
University of California
Police Department

DATED: 6/18/13

_____
Mr. Ned Smock, Attorney for
Defendant David Busby

PURSUANT TO STIPULATION, it is so ordered.

DATED: 6/25/2013

_____
The Honorable Judge of the
Federal District Court,
Northern District of
California