C

STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BUSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11- 00188 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING SENTENCING** |
| v. ) | **DATE** |
| ) | |
| DAVID BUSBY, ) | Hearing Date: December 17, 2013 |
| ) | Requested Date: January 14, 2014 |
| ) | |
| Defendant. ) | |

David Busby is currently set for sentencing on December 17, 2013. The parties request that sentencing be reset for January 14, 2014 at 10:00 a.m. Additional time is needed because counsel for Mr. Busby will be out of the office during the first two weeks of December. The assigned United States Probation Officer will be available on the requested date.

November 20, 2013      /s/ Ned Smock
                       NED SMOCK
                       Assistant Federal Public Defender
                       Attorney for David Busby

November 20, 2013      /s/ Brian Lewis
                       BRIAN LEWIS
                       Assistant United States Attorney

Stip to Continue, 11-00188 SBA           1

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the December 17, 2013 sentencing date is reset for January 14, 2014 at 10:00 a.m.

Dated: November 20, 2013

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge